1  RONALD K. ALBERTS, ESQ. (SBN 100017)
2  JANINE C. SUN, ESQ. (SBN 210973)
   BERGER KAHN
3  A Law Corporation
   Mail Service:
4    Post Office Box 92621
     Los Angeles, CA  90009-9998
5  Location:
     4215 Glencoe Avenue, 2nd Floor
6    Marina del Rey, CA  90292-5634
   Tel:  (310) 821-9000  •  Fax: (310) 578-6178

7  Attorneys for Defendant AETNA LIFE INSURANCE COMPANY

8
   **UNITED STATES DISTRICT COURT**
9
   **NORTHERN DISTRICT OF CALIFORNIA**
10

11
   | NINA HAWKER, | CASE NO. C 04 5216 EDL |
   |---|---|
   | Plaintiff, | JUDGE:   Elizabeth D. Laporte |
   | vs. | **STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** AND ORDER AS MODIFIED |
   | AETNA LIFE INSURANCE COMPANY, and DOES 1 THROUGH 100, INCLUSIVE, | |
   | Defendants. | |

23       Both Plaintiff Nina Hawker and Defendant Aetna Life Insurance Company
24  request this Court continue the Case Management Conference, currently scheduled for
25  June 21, 2005, to July 26, 2005, or some other date convenient with the Court's calendar.
26  The parties have had further settlement discussions and need additional time in order to

54700  stip cont cmc.doc                    1

resolve certain pending issues. It is believed these issues can be resolved and perhaps the case resolved in its entirety should the requested continuance be granted.

DATED: June 17, 2005        Law offices of Alan M. Mayer, Inc.

By: /s/ Alan M. Mayer
ALAN M. MAYER
Attorneys for Plaintiff NINA HAWKER

DATED:  June 16, 2005       BERGER KAHN
A Law Corporation

By:  /s/ Ronald K. Alberts
RONALD K. ALBERTS
Attorneys for Defendant AETNA LIFE INSURANCE COMPANY

Upon request of the parties and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Case Management Conference currently set for June 21, 2005, at 10:00 a.m., is continued to July 26, 2005, at 10:00 a.m.

DATED: June 20, 2005

IT IS SO ORDERED AS MODIFIED
/s/ Elizabeth D. Laporte
Judge Elizabeth D. Laporte

Elizabeth D. Laporte, Judge of the United States District Court, Northern District of California

54700  stip cont cmc.doc        2