1  RONALD K. ALBERTS, ESQ. (SBN 100017)
2  BERGER KAHN
   A Law Corporation
3  Mail Service:
     Post Office Box 92621
     Los Angeles, CA  90009-9998
4  Location:
     4215 Glencoe Avenue, 2nd Floor
5    Marina del Rey, CA  90292-5634
   Tel:  (310) 821-9000 • Fax: (310) 578-6178
6

7  Attorneys for Defendant AETNA LIFE INSURANCE COMPANY

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11

12 | NINA HAWKER,                              ) CASE NO. C 04 5216 EDL
13 |                        Plaintiff,         ) JUDGE:   Elizabeth D. Laporte
   |                                           )
14 | vs.                                       ) **STIPULATION FOR CONTINUANCE**
   |                                           ) **OF CASE MANAGEMENT**
15 | AETNA LIFE INSURANCE                      ) **CONFERENCE**
   | COMPANY, and DOES 1 THROUGH               )
16 | 100, INCLUSIVE,                           )
   |                                           )
17 |                        Defendants.        )
18 |                                           )
19 |                                           )
20 |_____)

21

22

23        Both Plaintiff Nina Hawker and Defendant Aetna Life Insurance Company request

24 that this Court continue the Case Management Conference, currently scheduled for July

25 26, 2005, at 10:00 a.m., to August 30, 2005, at 10 a.m., or another date convenient with

26 the Court's calendar.   The parties have had additional settlement discussions and request

27 additional time in order to resolve certain pending issues.  It is anticipated that these

28

54700  stip cont cmc.doc                   1

issues may be resolved, and perhaps the case resolved in its entirety, should the requested continuance be granted.

DATED: July 13, 2005                    Law offices of Alan M. Mayer, Inc.

/S/ Alan M. Mayer
_____
ALAN M. MAYER
Attorney for Plaintiff NINA HAWKER

DATED: July 13, 2005                    BERGER KAHN
                                        A Law Corporation

/S/ Ronald K. Alberts
_____
RONALD K. ALBERTS
Attorney for Defendant AETNA LIFE INSURANCE COMPANY

Upon request of both parties and good cause appearing for the requested continuance,

IT IS HEREBY ORDERED that the Case Management Conference, currently set for July 26, 2005, at 10:00 a.m., is continued to August 30, 2005, at 10 a.m.

DATED: __July 19__, 2005

_____
Elizabeth D. Laporte, Judge of the United States District Court, Northern District of California

IT IS SO ORDERED
Judge Elizabeth D. Laporte

54700 stip cont cmc.doc                 2

# AFFIDAVIT AND DECLARATION OF PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed by Berger Kahn, A Law Corporation, whose business address is: 4215 Glencoe Avenue, 2nd Floor, Marina del Rey, California 90292 ("the firm").

On July 18, 2005, I served the within document(s) described as: **Stipulation for Continuance of Case Management Conference** on the interested parties in this action by placing true copy(ies) thereof enclosed in sealed envelope(s) addressed as follows:

Alan M. Mayer, Esq.
Law Offices of Alan M. Mayer, Inc.
1120 Nye Street, Suite 200
San Rafael, CA  94901
(415) 457-4082
(415) 457-6439 (fax)

☒ **BY MAIL**(C.C.P. § 1013(a))–I deposited such envelope(s) for processing in the mail room in our offices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Marina del Rey, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I am "readily familiar" with the firm's practice of collection and processing of correspondence for service with said overnight mail service. It is deposited with said overnight mail service on that same day in the ordinary course of business. I am aware that, on motion of a party served, service is presumed invalid if the said overnight delivery service cancellation date or delivery date on the overnight delivery service slip is more than one day after the date of deposit with said overnight delivery service contained in this affidavit.

☐ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 18, 2005, at Marina del Rey, California.

/s/ Karen Williams

KAREN WILLIAMS

BERGER KAHN
*A Law Corporation*
P.O. Box 92621
Los Angeles, CA  90009-9998

54700  stip cont cmc.doc                 3