1 RONALD K. ALBERTS, ESQ. (SBN 100017)
BERGER KAHN
2 A Law Corporation
Mail Service:
3   Post Office Box 92621
  Los Angeles, CA  90009-9998
4 Location:
  4215 Glencoe Avenue, 2nd Floor
5   Marina del Rey, CA  90292-5634
Tel:  (310) 821-9000 • Fax: (310) 578-6178
6

7 Attorneys for Defendant AETNA LIFE INSURANCE COMPANY

8
## UNITED STATES DISTRICT COURT
9
## NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | NINA HAWKER, | ) | CASE NO. C 04 5216 EDL
13 | Plaintiff, | ) | JUDGE:   Elizabeth D. Laporte
14 | vs. | ) | **STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
15 | AETNA LIFE INSURANCE COMPANY, and DOES 1 THROUGH 100, INCLUSIVE, | ) |
16 | | ) |
17 | Defendants. | ) |

18

19

20

21

22

23    Both Plaintiff Nina Hawker and Defendant Aetna Life Insurance Company request

24 that this Court continue the Case Management Conference, currently scheduled for

25 September 30, 2005, at 10:00 a.m., to December 6, 2005, at 3 p.m., or another date

26 convenient with the Court's calendar.   The parties have had additional settlement

27 discussions and request additional time in order to resolve certain pending issues.  It is

28

54700 stipulation(3).doc                           1

anticipated that these issues may be resolved, and perhaps the case resolved in its entirety, should the requested continuance be granted.

DATED:  September 28, 2005         Greene & Mayer

/S/ ALAN M. MAYER
ALAN M. MAYER
Attorney for Plaintiff NINA HAWKER

DATED:  September 28, 2005         BERGER KAHN
A Law Corporation

/S/ RONALD K. ALBERTS
RONALD K. ALBERTS
Attorney for Defendant AETNA LIFE INSURANCE COMPANY

Upon request of both parties and good cause appearing for the requested continuance,

IT IS HEREBY ORDERED that the Case Management Conference, currently set for September 30, 2005, at 10:00 a.m., is continued to December 6, 2005, at 3 p.m.

DATED: September 30, 2005

Elizabeth D. Laporte of the
United States District Court, Northern
District of California

IT IS SO ORDERED
Judge Elizabeth D. Laporte

54700 stipulation(3).doc         2

**AFFIDAVIT AND DECLARATION OF PROOF OF SERVICE**

I am over the age of eighteen years and not a party to the within action. I am employed by Berger Kahn, A Law Corporation, whose business address is: 4215 Glencoe Avenue, 2nd Floor, Marina del Rey, California 90292 ("the firm").

On September 29, 2005, I served the within document(s) described as: **Stipulation for Continuance of Case Management Conference** on the interested parties in this action by placing true copy(ies) thereof enclosed in sealed envelope(s) addressed as follows:

Alan M. Mayer, Esq.
MAYER & GREENE
1120 Nye Street, Suite 200
San Rafael, CA 94901
(415) 457-4082
(415) 457-6439 (fax)

☒ **BY MAIL**(C.C.P. § 1013(a))–I deposited such envelope(s) for processing in the mail room in our offices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Marina del Rey, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I am "readily familiar" with the firm's practice of collection and processing of correspondence for service with said overnight mail service. It is deposited with said overnight mail service on that same day in the ordinary course of business. I am aware that, on motion of a party served, service is presumed invalid if the said overnight delivery service cancellation date or delivery date on the overnight delivery service slip is more than one day after the date of deposit with said overnight delivery service contained in this affidavit.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 29, 2005, at Marina del Rey, California.

                                        /S/ KAREN WILLIAMS
                                      KAREN WILLIAMS

BERGER KAHN
*A Law Corporation*
P.O. Box 92621
Los Angeles, CA 90009-9998