```
 1  ALAN M. MAYER, ESQ. (Bar No. 064373)
    LAW OFFICES OF ALAN M. MAYER, INC.
 2  1120 Nye Street, Suite 200
    San Rafael, CA 94901
 3  Telephone: 415-457-4082
    Facsimile: 415-457-6439
 4
    Attorney for Plaintiff
 5  NINA HAWKER
```

6 **UNITED STATES DISTRICT COURT**

7 **NORTHERN DISTRICT OF CALIFORNIA**

8

| | |
|---|---|
| 9  NINA HAWKER, | CASE NO.  C 04 5216 EDL |
| 10         Plaintiff, | <u>DISMISSAL WITH PREJUDICE</u> |
| 11  vs. | |
| 12  AETNA LIFE INSURANCE COMPANY, and DOES 1 THROUGH 100, | |
| 13  INCLUSIVE, | |
| 14         Defendants. | |
| 15  _____/ | |

16    Pursuant to Rule 41 of the Federal Rules of Civil Procedure,
17 Plaintiff Nina Hawker dismissal her case with prejudice as to all
18 Plaintiff's claims and causes of action asserted in this lawsuit
19 and in support would show that Plaintiff has settled her claims
20 with and no longer wishes to pursue this matter against Defendant
21 AETNA Life Insurance Company.
22    WHEREFORE Plaintiff prays that her claims asserted in this
23 lawsuit be dismissed with prejudice.

24 Dated:  January 20, 2006        LAW OFFICES OF ALAN M. MAYER, INC.
25
26                                 By: _____
                                       ALAN M. MAYER
27                                     Attorney for Plaintiff
28
                                   Page -1-              Dismissal with Prejudice

[SEAL: IT IS SO ORDERED / Elizabeth D. Laporte / Judge Elizabeth D. Laporte / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

**PROOF OF SERVICE**

I declare that I am employed in the County of Marin, California. I am over the age of eighteen years and not a party to the within case; my business address is 1120 Nye Street, Suite 200, San Rafael, California.

On January 20, 2006 I served the following documents

**DISMISSAL WITH PREJUDICE**

on the following named person or persons by

_____    **PERSONAL COURIER**, causing an envelope to be addressed thereto as follows, a copy of the foregoing document(s) to be enclosed and sealed therein, and said envelope(s) to be delivered by personal courier

\_XX\_\_\_\_\_    **U.S. MAIL**, causing an envelope to be addressed thereto as follows, a copy of the foregoing document(s) to be enclosed and in a sealed envelope with postage thereon fully prepaid, in the outgoing mail box located in my office addressed as set forth below in accordance with ordinary business practices for deposit with the United States Postal Service in San Rafael, California. I am readily familiar with my office business practice for collection and processing of correspondence for mailing and the within correspondence will be deposited with the United States Postal Service this date in the ordinary course of business.

_____    **FAX**, by sending, from facsimile #415-457-6439, a true copy thereof, at \_\_\_\_\_a.m./p.m. on January 20, 2006 to the person at the address set forth below, fax #_____. The transmission was reported as complete and without error. A copy of the transmission report properly issued by the transmitting facsimile machine is attached to this proof of service.

Ronald K. Alberts
BERGER KAHN
P.O. Box 92621
Los Angeles,   CA    90009-9998

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 20, 2006 at San Rafael, California.

_____
                                        KELLY HINES